UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROFESSIONAL RECREATION ORGANIZATION, INC., et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.,<br><br>                    Defendants. | CASE NO. C09-0174JLR<br><br>ORDER STRIKING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT |

Under this court's Local Rules, "motions for summary judgment . . . shall not exceed twenty-four pages." Local Rules W.D. Wash. CR 7(e)(3). The Local Rules further provide that "[t]he filing of multiple dispositive motions to avoid the page limits of this rule is strongly discouraged and successive motions may be stricken." *Id.*

Having reviewed Defendants' four motions for summary judgment, and pursuant to Local Rule CR 7(e)(3), the court STRIKES Defendants' Motion for Summary

ORDER- 1

1  Judgment re: Breach of the Cooperation and Consent-to-Settle Provisions (Dkt. # 160);

2  Defendants' Motion for Partial Summary Judgment re: Alleged WAC Violations (Dkt. #

3  162); and  Defendants' Motion for Partial Summary Judgment re: Coverage and Bad

4  Faith (Dkt. # 163).[1]  Defendants shall consolidate these motions and re-file a motion for

5  summary judgment that conforms to Local Rule CR 7(e)(3) no later than Monday, April

6  26, 2010.   Defendants shall note the consolidated motion for Friday, May 14, 2010.

7  Plaintiffs' response to the consolidated motion remains due on Monday, May 10, 2010.

8          Dated this 22nd day of April, 2010.

9

10  _____

11  JAMES L. ROBART
   United States District Judge

12

13

14

15

16

17

18

19

20

21  _____

22          [1] Defendants' Motion for Summary Judgment re: "Claim" and Known Risk (Dkt. # 161)
   is not affected by this order.

ORDER- 2